B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **David M Taffet,**
     **Sharon L Taffet**

                            Debtors

Case No. _____

Chapter _____ 7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,580,500.00 | | |
| B - Personal Property | Yes | 3 | 3,617,500.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,381,098.68 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 19,610.71 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 3,484,198.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 7,000.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 7,675.00 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 10,198,000.00 | | |
| Total Liabilities | | | | 6,884,908.28 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    David M Taffet,
          Sharon L Taffet

                                Debtors

Case No. _____

Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **David M Taffet,**
      **Sharon L Taffet**

                Case No. _____

                  Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **405 North Highland Ave, Merion Station PA 19066** | **Joint tenant** | J | 1,985,000.00 | 3,381,098.68 |
| **Platypus Holdings (portfolio)** | **Equitable interest** | J | 3,995,500.00 | 0.00 |
| **50 Fairview**<br>   **Penn Valley PA 19072** | **Equitable interest (value reflects 50% ownership of property)** | J | 600,000.00 | 0.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 6,580,500.00 | (Total of this page) |
| Total > | 6,580,500.00 | |

   **0**    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    David M Taffet,                                          Case No. _____
         Sharon L Taffet

_____,
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | cash | J | 5,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Citizens Bank Checking Account | J | 0.00 |
| | | Raymond James | J | 1,500.00 |
| | | Citizens Bank Account #6302457371 | J | 4,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods / televisions | J | 6,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books, art located at 405 North Higland Ave property | J | 5,500.00 |
| 6. Wearing apparel. | | Clothing | J | 1,500.00 |
| 7. Furs and jewelry. | | Fur coat and jewelry at 405 N. Highland | J | 5,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Photography equipment | J | 1,500.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > (Total of this page) | 30,000.00 |
|---|---|---|

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **David M Taffet,**                                              Case No. _____
     **Sharon L Taffet**
                                       ,
                                Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | 50% Interest in Platypus Holdings  (estimated value based on portfolio) | J | 3,500,000.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 50% 50 Fairview, Penn Valley PA.  (as set forth on Schedule A) | J | Unknown |
| | | 50% interest in amounts owed by Jeffrey and Rosemary Russell to Platypus Holdings | J | 75,000.00 |

                                                     Sub-Total >     **3,575,000.00**
                                               (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **David M Taffet,**                                                Case No. _____
         **Sharon L Taffet**
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Acura MDX (KBB Trade in value less repairs needed) | J | 5,500.00 |
| | | Hyundai Sonata 2015 (equity value - spouse's father is owner and is paying the lease in his name) | J | 7,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 12,500.00 |
| (Total of this page) | |
| Total > | 3,617,500.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re    **David M Taffet,**
         **Sharon L Taffet**
                                                                    Case No. _____

                                           Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☒ 11 U.S.C. §522(b)(2)                                                    *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash | 11 U.S.C. § 522(d)(5) | 5,000.00 | 5,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Citizens Bank Checking Account | 11 U.S.C. § 522(d)(5) | 0.00 | 0.00 |
| Raymond James | 11 U.S.C. § 522(b)(3)(C) | 1,500.00 | 1,500.00 |
| Citizens Bank Account #6302457371 | 11 U.S.C. § 522(d)(5) | 4,000.00 | 4,000.00 |
| **Household Goods and Furnishings** | | | |
| Household goods / televisions | 11 U.S.C. § 522(d)(3) | 6,000.00 | 6,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| books, art located at 405 North Higland Ave property | 11 U.S.C. § 522(d)(3) | 5,500.00 | 5,500.00 |
| **Wearing Apparel** | | | |
| Clothing | 11 U.S.C. § 522(d)(3) | 1,500.00 | 1,500.00 |
| **Furs and Jewelry** | | | |
| Fur coat and jewelry at 405 N. Highland | 11 U.S.C. § 522(d)(4) 11 U.S.C. § 522(d)(5) | 3,100.00 1,900.00 | 5,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Photography equipment | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| **Interests in Partnerships or Joint Ventures** | | | |
| 50% Interest in Platypus Holdings  (estimated value based on portfolio) | 11 U.S.C. § 522(d)(5) | 7,900.00 | 3,500,000.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| 50% 50 Fairview, Penn Valley PA.  (as set forth on Schedule A) | 11 U.S.C. § 522(d)(5) | 0.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2007 Acura MDX (KBB Trade in value less repairs needed) | 11 U.S.C. § 522(d)(2) | 5,500.00 | 5,500.00 |
| Hyundai Sonata 2015 (equity value - spouse's father is owner and is paying the lease in his name) | 11 U.S.C. § 522(d)(2) 11 U.S.C. § 522(d)(5) | 1,850.00 5,150.00 | 7,000.00 |
| | **Total:** | **50,400.00** | **3,542,500.00** |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    David M Taffet,                                                    Case No. _____
         Sharon L Taffet
_____,
                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxx7561 | | | 2007 | | | | | |
| CCO Mortgage 10561 Telegrpah Road Glen Allen, VA 23059 | | J | 405 North Highland Ave, Merion Station PA 19066 | X | X | | | |
| | | | Value $          1,985,000.00 | | | | 681,724.47 | 0.00 |
| Account No. | | | 2014 | | | | | |
| Jeffrey & Rosemary Russell 14 Wood Road Wilmington, DE 19806 | X | J | Third Mortgage 405 North Highland Ave, Merion Station PA 19066 | X | X | X | | |
| | | | Value $          1,985,000.00 | | | | 705,247.21 | 705,247.21 |
| Account No. xxxxxx5202 | | | 2014 | | | | | |
| Penn Liberty Bank 724 West Lancaster Ave Suite 110 Wayne, PA 19087 | | J | Second Mortgage 405 North Highland Ave, Merion Station PA 19066 | | | | | |
| | | | Value $          1,985,000.00 | | | | 1,994,127.00 | 690,851.47 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

|  | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0   continuation sheets attached | | | | | Subtotal (Total of this page) | | 3,381,098.68 | 1,396,098.68 |
| | | | | | Total (Report on Summary of Schedules) | | 3,381,098.68 | 1,396,098.68 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re    **David M Taffet,**
      **Sharon L Taffet**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_1___ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    David M Taffet,    Case No. _____
      Sharon L Taffet

                         Debtors

# SCHEDULE E – CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxx8900 <br><br> **Township of Lower Merion** <br> **Department of Finance** <br> **75 East Lancaster Avenue** <br> **Ardmore, PA 19003** | | J | 2014 <br><br> Sewer Tax | | X | | 568.80 | 0.00 | 568.80 |
| Account No. xxxxx0-00-1 <br><br> **Township of Lower Merion** <br> **Tax Collector** <br> **75 East Lancaster Avenue** <br> **Ardmore, PA 19003** | | J | 2015 <br><br> Real estate taxes | | | | 19,041.91 | 0.00 | 19,041.91 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  1   of  1    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 19,610.71 | 0.00 <br> 19,610.71 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 19,610.71 | 0.00 <br> 19,610.71 |

B6F (Official Form 6F) (12/07)

In re   David M Taffet,                                      Case No. _____
        Sharon L Taffet

                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2013 | | | | |
| Aaron Friewald Layser & Friewald 1500 Walnut Street, 18th Floor Philadelphia, PA 19102 | X | H | Promissory Note | X | X | | 105,000.00 |
| Account No. xxxx3582 | | | secutiy services | | | | |
| ADT Security Services 3190 S. Vaughn Way Aurora, CO 80014 | | H | | X | X | X | 301.00 |
| Account No. xxx6919 | | | medical bills | | | | |
| Advocare Main Line PO Box 3001 D26 Voorhees, NJ 08043 | | H | | | | | 139.00 |
| Account No. | | | 2014 | | | | |
| AMEX 4315 South 2700 West Salt Lake City, UT 84184 | X | H | Legal Action, subject to offset | X | X | X | 167,963.89 |

| | |
|---|---|
| __13__ continuation sheets attached | Subtotal (Total of this page)   273,403.89 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **David M Taffet,**
　　　　**Sharon L Taffet**

Case No.＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AMR Construction**<br>916 Arglye Road<br>Drexel Hill, PA 19026 | X | H | 2013<br><br>construction work<br>　Subject to setoff. | X | X | | 222,550.00 |
| Account No.<br><br>**Anthony Parisi**<br>36 Brookside Drive<br>Manhasset, NY 11030 | | H | 2001<br><br>investment | X | X | | 250,000.00 |
| Account No. xxxxxxxxxxxx0248<br><br>**Aqua America**<br>PO Box 1229<br>Newark, NJ 07101 | | J | utility | | | | 180.00 |
| Account No. xxxxxx7500<br><br>**Arnold Scott Harris**<br>111 West Jackson Blvd  Ste 600<br>Baltimore, MD 21202 | | H | 2/2015<br><br>duplicate bill of City of Chicago | X | X | X | 1,220.00 |
| Account No. xxxx-xxxx-xxxx-5116<br><br>**Banana Republic**<br>PO Box 960017<br>Orlando, FL 32896 | | W | credit card | | | | 3,563.00 |

Sheet no. ＿1＿ of ＿13＿ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

477,513.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **David M Taffet,**                                             Case No. _____
         **Sharon L Taffet**
_____
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx4387<br><br>**Bank of America**<br>PO Box 9037<br>Temecula, CA 92589 | | H | 2012<br><br>car payment | | | | 2,425.00 |
| Account No.<br><br>**Bless Young**<br>357 E Avenue<br>Coronado, CA 92118 | X | H | 2013<br><br>investment | X | X | X | 86,000.00 |
| Account No. xxxxxxxx8811<br><br>**Bloomingdales**<br>PO Box 183083<br>Columbus, OH 43218 | | W | 2014<br><br>Credit card purchases | | | | 1,580.00 |
| Account No. xxxx-xxxxxx-x3446<br><br>**Bloomingdales AMEX**<br>PO Box 183084<br>Columbus, OH 43218 | | W | 2014<br><br>Credit card purchases | | | | 5,341.00 |
| Account No.<br><br>**Braverman Kaskey**<br>One Liberty Place, 56th Floor<br>Philadelphia, PA 19103 | | J | 2014<br><br>professional fees | X | X | | 4,500.00 |

Sheet no. __2__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                99,846.00
(Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re      **David M Taffet,**
             **Sharon L Taffet**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx4869<br><br>Buffalo Medical Group<br>PO Box 8000 Dept 581<br>Buffalo, NY 14267 | | W | 2014<br><br>medical bills | | | | 465.00 |
| Account No. x0127<br><br>C&R Bros Landscaping<br>6951 Silverwood<br>Philadelphia, PA 19128 | | J | June 2015<br><br>construction work | | | | 480.00 |
| Account No. xxxxxx7444<br><br>Chicago - Department of Law<br>PO Box 71429<br>Chicago, IL 60694 | | H | Citation #2763024 | X | X | X | 3,199.00 |
| Account No. xxxxx2764, xx5322<br><br>CHOP<br>Lock Box 8017<br>PO Box 8500<br>Philadelphia, PA 19172 | | H | 2014<br><br>medical bills | X | X | | 10,000.00 |
| Account No. xxxxxxxxxxx9030<br><br>CitiBank / Home Depot<br>1500 Boltonfield Street<br>Columbus, OH 43228 | X | H | 2014<br><br>credit card | X | X | X | 19,970.00 |

Sheet no. __3__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,114.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **David M Taffet,**
         **Sharon L Taffet**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx4881 <br><br> **Citizens Bank** <br> **225 West Lancaster Ave** <br> **Ardmore, PA 19003** | | J | 2013 <br><br> **overdraft protection** | | X | | 5,000.00 |
| Account No. xxxxxx7500 <br><br> **City of Chicago** <br> **Department of Finance** <br> **PO Box 88292** <br> **Chicago, IL 60694** | | H | February 2015 <br><br> **parking and speeding tickets** | X | X | X | 1,620.00 |
| Account No. xxxxxxxxx5744, xxxxxxxxx4703 <br><br> **City of New Orleans** <br> **PO Box 22091** <br> **Tempe, AZ 85285** | | H | July 2015 <br><br> **Munic Notice** | X | X | X | 615.00 |
| Account No. <br><br> **Col. M. R. Taffett** <br> **2301 Tankersly Road** <br> **Montgomery, AL 36103** | | H | 2013 <br><br> **Promissory Note** | X | X | | 54,500.00 |
| Account No. xxxxxxxxxxxx9956 <br><br> **Comcast** <br> **1 Apollo Road** <br> **Plymouth Meeting, PA 19462** | | H | 6/2015 <br><br> **utility** | | | | 514.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

62,249.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **David M Taffet,**
      **Sharon L Taffet**
                                Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Cordua Pastore & Associates<br>220 Lake Drive East<br>Cherry Hill, NJ 08002 | X | H | 2013<br><br>professional services | X | | | 18,462.00 |
| Account No. xxx4185 <br><br>Credit Bureau of Lancaster<br>PO Box 1271<br>Lancaster, PA 17603 | | H | medical bills | | | | 205.00 |
| Account No. <br><br>Danny Frank<br>7720 Oakview Lane<br>Shawnee, KS 66216 | | H | 5/2015<br><br>loan | | | | 25,000.00 |
| Account No. <br><br>Debbie Taffett<br>5347 N. 45th Place<br>Phoenix, AZ 85018 | X | H | 2013<br><br>investment<br>   Subject to setoff. | X | X | X | 575,000.00 |
| Account No. xxxx xxxx xxxx 3493 <br><br>Discover Products<br>PO Box 30666<br>Salt Lake City, UT 84130 | | H | | | | | 6,312.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

624,979.00

B6F (Official Form 6F) (12/07) - Cont.

In re   David M Taffet,                                                          Case No. _____
        Sharon L Taffet
_____
                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Dr. Howard Wilinsky <br> 11 Brambly Court <br> Buffalo, NY 14221 | | H | 2013 <br><br> Promissory Note | X | X | | 120,000.00 |
| Account No. <br><br> Ed the Painter <br> 5039 Bond Aven <br> Drexel Hill, PA 19026 | | H | 2014 <br><br> construction work | X | X | X | 10,000.00 |
| Account No. xxxxx8869, xxxx1468 <br><br> Financial Recoveries <br> PO Box 1388 <br> Mount Laurel, NJ 08054 | | H | 2015 <br><br> medical bills | | | | 900.00 |
| Account No. <br><br> Flawless Construction <br> 1025 North Claiborne Street <br> New Orleans, LA 70116 | | J | 2013 <br><br> potential claims <br>    Subject to setoff. | X | X | X | Unknown |
| Account No. <br><br> Gerber Growth LLC <br> 1315 Walnut Street, Suite 1617 <br> Philadelphia, PA 19102 | | H | 2014 <br><br> professional fees | X | X | | 18,432.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            149,332.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David M Taffet,**
       **Sharon L Taffet**
                            Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Howard Gershman<br>610 York Road, Suite 200<br>Jenkintown, PA 19046 | | H | March 2015<br><br>Order granting seizure | | | | 150,000.00 |
| Account No.<br><br>Jefferson Hosp<br>c/o Credit Collection Services<br>2 Wells Avenue<br>Newton Center, MA 02459 | | H | 2014<br><br>medical bills | | | | 255.00 |
| Account No.<br><br>Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | X | J | 2014<br><br>Legal Action, subject to offset | X | X | X | 480,000.00 |
| Account No.<br><br>Jerald J. Labovitz<br>28 Monroe Street, Loft 301<br>Montgomery, AL 36111 | X | H | 2012<br><br>investment / potential claim | X | X | X | 0.00 |
| Account No.<br><br>John Tansey<br>PO Box 1157<br>Havertown, PA 19083 | X | H | 2013<br><br>construction work | X | X | | 5,717.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

635,972.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **David M Taffet,**                             Case No. _____

           **Sharon L Taffet**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>John Tansey<br>PO Box 1157<br>Havertown, PA 19083 | | H | 2013<br><br>work at 321 Gulph Road | X | X | X | 28,026.00 |
| Account No. <br><br>John Tansey<br>PO Box 1157<br>Havertown, PA 19083 | | J | 2013-2015<br><br>work at 405 N Highland | X | X | | 13,746.00 |
| Account No. <br><br>Kelly Electric<br>1 E. Eagle Road<br>Havertown, PA 19083 | X | H | 2013<br><br>construction work<br>   Subject to setoff. | X | X | X | 20,503.00 |
| Account No. xxxx2536<br><br>LabCorp<br>PO Box 2240<br>Burlington, NC 27216 | | W | 2/2015<br><br>health care bills | | | | 365.00 |
| Account No. <br><br>Lower Merion Twp<br>75 East Lancaster Ave<br>Havertown, PA 19083 | | J | 2015<br><br>registration fee | | | | 67.00 |

Sheet no. __8__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     62,707.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **David M Taffet,**
         **Sharon L Taffet**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lundy Law<br>450 North Narberth Ave<br>Narberth, PA 19072 | | H | 2014<br><br>professional fees | X | X | | 8,500.00 |
| Account No.<br><br>Napleton Porsche<br>201 E. Ogden Ave<br>Westmont, IL 60559 | | H | 2/2015<br><br>auto repair | X | X | X | 4,274.00 |
| Account No. x5687<br><br>Narberth Family Medicine<br>822 Montgomery Ave, #315<br>Narberth, PA 19072 | | H | 2015<br><br>medical bills | | | | 180.00 |
| Account No. xxxxxxx8720<br><br>Neiman Marcus<br>PO Box 5235<br>Carol Stream, IL 60197 | | W | 2014<br><br>credit card | | | | 1,966.00 |
| Account No. xxxx-xxxx-xxxx-9611<br><br>Nordstrom Bank<br>PO Box 79137<br>Phoenix, AZ 85062 | | W | credit card | | | | 11,177.00 |

Sheet no. __9__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,097.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **David M Taffet,**                                     Case No. _____

               **Sharon L Taffet**

                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.**<br><br>O'Boyle Mason<br>115 Hunting Hills Lane<br>Media, PA 19063 | X | H | 2013<br><br>construction work<br>  Subject to setoff. | X | X | | 22,000.00 |
| **Account No. xxxxxxxx0835**<br><br>Office of Deputy Director<br>City of Philalphia<br>Philadelphia, PA 19147 | | H | 2015<br><br>Ticket #716433248 | | | | 106.00 |
| **Account No. xxxxx-x1707**<br><br>PECO<br>PO Box 37629<br>Philadelphia, PA 19101 | | H | Prior to 10/2015<br><br>Utility | | | | 3,742.00 |
| **Account No. xxxx0899**<br><br>Pro Co<br>PO Box 2462<br>Aston, PA 19014 | | H | | X | X | | 42.00 |
| **Account No. xxxx2321**<br><br>Professional Acct Mgmt<br>PO Box 391<br>Milwaukee, WI 53201 | | H | 1/2015<br><br>medical bills | | | | 210.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of                   Subtotal

Creditors Holding Unsecured Nonpriority Claims             (Total of this page)       26,100.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **David M Taffet,**
      **Sharon L Taffet**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Rhoads Plumbing Heating & Cooling<br>333 S. Bishop Ave<br>Springfield, PA 19064 | | J | construction work | | | | 500.00 |
| Account No. <br><br>Robert Segall<br>Copeland Franco<br>444 S Perry Street<br>Montgomery, AL 36104 | X | H | 2013 <br><br>Subject to setoff. | X | X | X | 510,000.00 |
| Account No. <br><br>Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | X | H | Jul 2012 <br><br>Promissory Note | X | X | X | 275,000.00 |
| Account No. <br><br>Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | X | H | 2014 <br><br>Woodlawn investment | X | X | X | 0.00 |
| Account No. xxxxxx7449 <br><br>Saks Fifth Avenue<br>PO Box 71106<br>Charlotte, NC 28230 | | W | 2014 <br><br>credit card | | | | 252.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

785,752.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **David M Taffet,**
      **Sharon L Taffet**
                                  **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx1811<br><br>Scheer Green & Burke<br>PO Box 1335<br>Toledo, OH 43603 | | H | April 2015<br><br>moving violation | X | X | X | 215.00 |
| Account No.<br><br>Sullivan Strategic<br>923 Haddonfield Road, Suite 300<br>Cherry Hill, NJ 08003 | | H | 2014<br><br>professional fees | X | X | | 38,376.00 |
| Account No.<br><br>Swank LLC<br>1025 North Claiborne Ave<br>New Orleans, LA 70116 | | J | 2013<br><br>Subject to setoff. | X | X | X | Unknown |
| Account No.<br><br>The Super Brothers<br>5048 Dermond Rd<br>Drexel Hill, PA 19026 | X | H | 2013<br><br>construction work | X | X | | 16,450.00 |
| Account No.<br><br>Tracy Williams<br>1025 North Claiborne Ave<br>New Orleans, LA 70116 | | J | 2013<br><br>potential claims<br>    Subject to setoff. | X | X | X | Unknown |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,041.00

B6F (Official Form 6F) (12/07) - Cont.

In re     **David M Taffet,**
         **Sharon L Taffet**                                    ,

Case No. _____

                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. xxxxxxxxxx2430**<br><br>US Airways MasterCard<br>PO Box 13337<br>Philadelphia, PA 19101 | | J | 2014<br><br>credit card | | | | 10,493.00 |
| **Account No.**<br><br>Weichert Closing Services<br>220 Commerce Drive<br>Fort Washington, PA 19034 | | H | 2014<br><br>professional fees<br>   Subject to setoff. | X | X | X | 5,600.00 |
| **Account No.**<br><br>Wendy Taffett<br>10 Bickford Drive<br>Morristown, NJ 07960 | X | H | 2013<br><br>Promissory Note<br>   Subject to setoff. | X | X | X | 155,000.00 |
| **Account No.** | | | | | | | |
| **Account No.** | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      171,093.00

Total
(Report on Summary of Schedules)      3,484,198.89

B6G (Official Form 6G) (12/07)

In re    **David M Taffet,**
       **Sharon L Taffet**                      Case No. _____

                                   Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bank of America**<br>**PO Box 9037**<br>**Temecula, CA 92589** | **2012 jeep, current** |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    David M Taffet,                                              Case No. _____
          Sharon L Taffet
_____,
                                              Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| 4847 S. Woodlawn LLC<br>1025 North Claiborne Avenue<br>New Orleans, LA 70116 | Bless Young<br>357 E Avenue<br>Coronado, CA 92118 |
| 4847 S. Woodlawn LLC<br>1025 North Claiborne Avenue<br>New Orleans, LA 70116 | Debbie Taffett<br>5347 N. 45th Place<br>Phoenix, AZ 85018 |
| 4847 S. Woodlawn LLC<br>1025 North Claiborne Avenue<br>New Orleans, LA 70116 | Jerald J. Labovitz<br>28 Monroe Street, Loft 301<br>Montgomery, AL 36111 |
| 4847 S. Woodlawn LLC<br>1025 North Claiborne Avenue<br>New Orleans, LA 70116 | Robert Segall<br>Copeland Franco<br>444 S Perry Street<br>Montgomery, AL 36104 |
| 4847 S. Woodlawn LLC<br>1025 North Claiborne Avenue<br>New Orleans, LA 70116 | Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 |
| 4847 S. Woodlawn LLC<br>1025 North Claiborne Avenue<br>New Orleans, LA 70116 | Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 |
| 4847 S. Woodlawn LLC<br>1025 North Claiborne Avenue<br>New Orleans, LA 70116 | Wendy Taffett<br>10 Bickford Drive<br>Morristown, NJ 07960 |
| Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | AMEX<br>4315 South 2700 West<br>Salt Lake City, UT 84184 |
| Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | The Super Brothers<br>5048 Dermond Rd<br>Drexel Hill, PA 19026 |
| Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | The Super Brothers<br>5048 Dermond Rd<br>Drexel Hill, PA 19026 |
| Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | Kelly Electric<br>1 E. Eagle Road<br>Havertown, PA 19083 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **David M Taffet,**                  Case No. _____
         **Sharon L Taffet**

                                     Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | O'Boyle Mason<br>115 Hunting Hills Lane<br>Media, PA 19063 |
| Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | AMR Construction<br>916 Arglye Road<br>Drexel Hill, PA 19026 |
| Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | John Tansey<br>PO Box 1157<br>Havertown, PA 19083 |
| Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 | Aaron Friewald<br>Layser & Friewald<br>1500 Walnut Street, 18th Floor<br>Philadelphia, PA 19102 |
| Platypus Holdings | Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 |
| Platypus Holdings | Jeffrey & Rosemary Russell<br>14 Wood Road<br>Wilmington, DE 19806 |
| Platypus Holdings | CitiBank / Home Depot<br>1500 Boltonfield Street<br>Columbus, OH 43228 |
| Platypus Holdings LLC<br>405 North Highland Avenue<br>Merion Station, PA 19066 | AMEX<br>4315 South 2700 West<br>Salt Lake City, UT 84184 |
| Platypus Holdings LLC<br>405 North Highland Avenue<br>Merion Station, PA 19066 | Cordua Pastore & Associates<br>220 Lake Drive East<br>Cherry Hill, NJ 08002 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David M Taffet** |
| Debtor 2 (Spouse, if filing) | **Sharon L Taffet** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form B 6I

## Schedule I: Your Income                                                             12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Employment**

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | | Executive Manager | |
| Employer's name | | Platypus Holdings LLC | |
| Employer's address | | 405 North Highland Ave<br>Merion Station, PA 19066 | |
| How long employed there? | | 4.5 years | |

**Part 2:    Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$          0.00 | +$          0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Debtor 1    **David M Taffet**
Debtor 2    **Sharon L Taffet**                                Case number (*if known*) _____

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5.  **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6.  **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7.  **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8.  **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: **Amounts received from Debtor's partner (1/15-6/15)** | 8h.+ | $ 7,000.00 + | $ 0.00 |

9.  **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 7,000.00    $ 0.00

10.  **Calculate monthly income.** Add line 7 + line 9.    10.    $ 7,000.00 + $ 0.00 = $ 7,000.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.  **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.   +$ 0.00

12.  **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 7,000.00

**Combined monthly income**

13.  **Do you expect an increase or decrease within the year after you file this form?**
☐    No.
■    Yes. Explain:    | Decrease - effectively unemployed. Actively seeking employment. |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David M Taffet** |
| Debtor 2 (Spouse, if filing) | **Sharon L Taffet** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (If known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of the following date:

  _____
  MM / DD / YYYY

- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses                                    12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1.  **Is this a joint case?**

    ☐ No. Go to line 2.

    ■ Yes. Does Debtor 2 live in a separate household?

        ■ No

        ☐ Yes. Debtor 2 must file a separate Schedule J.

2.  **Do you have dependents?**  ☐ No

    Do not list Debtor 1 and Debtor 2.    ■ Yes.  Fill out this information for each dependent..............

    Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 18 | ☐ No ■ Yes |
| Son | 22 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 0.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1   **David M Taffet**

Debtor 2   **Sharon L Taffet**                                          Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 1,500.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 300.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 400.00 |
| | 6d. | Other. Specify: _____ | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 2,000.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 1,500.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 0.00 |
| 10. | **Personal care products and services** | | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 1,450.00 |
| | 15c. | Vehicle insurance | 15c. $ | 175.00 |
| | 15d. | Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d. | Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 6I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: _____ | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 7,675.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 7,000.00 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 7,675.00 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -675.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.
Explain:

| Expected increases of expenses associated with having to vacate premises. |
|---|

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    David M Taffet
      Sharon L Taffet                        Case No. _____

                                     Debtor(s)      Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **October 27, 2015**             Signature    **/s/ David M Taffet**
                                                 **David M Taffet**
                                                 Debtor

Date   **October 27, 2015**             Signature    **/s/ Sharon L Taffet**
                                                 **Sharon L Taffet**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.